NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**
*Plaintiff-Appellant,*

v.

**MOVIELINK, LLC AND BLOCKBUSTER, INC.,**
*Defendants-Appellees.*

---

2010-1554

---

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0605, Judge Leonard P. Stark.

---

**ON MOTION**

---

**ORDER**

The appellees inform this court that Blockbuster, Inc. filed a Chapter 11 Voluntary Petition.

It appears that the automatic stay provisions of 11 U.S.C. § 362 are applicable.

Accordingly,

IT IS ORDERED THAT:

The briefing schedule is stayed. The appellees are directed to file a status report with this court every 90 days concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted. Any other party may file a status report or respond to a status report.

FOR THE COURT

OCT 2 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Theodore M. Sabety, Esq.
Scott W. Breedlove, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 9 2010

JAN HORBALY
CLERK